IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN HARPER,                           Civ. No. 05-420-AA

       Plaintiff,                               ORDER

   v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

       Defendant.
_____

AIKEN, Judge:

     Plaintiff's Application for Fees Pursuant to the Equal Access to Justice Act (doc. 21) is GRANTED. Upon review of the record and the arguments presented, I find that the hours submitted by plaintiff's counsel were reasonably expended. Accordingly, plaintiff is awarded fees in the amount of $9,493.02.

IT IS SO ORDERED.

     Dated this 14 day of August, 2006.

                            /s/ Ann Aiken
                            Ann Aiken
                United States District Judge

1     - ORDER