FILED'06 SEP 06 14:56USDC-ORE

WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, OR 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOHN HARPER**, | CV 05-420-AA |
|    Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security**, | |
|    Defendant. | |

A supplemental award of attorney fees in the amount of $600.00 is hereby granted to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address, above.

DATED this _6_ day of _September_, 2006.

_____
United States District Judge

Submitted by:
/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1